UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHAUN WILLIAMS,

           Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C23-0672 RSM

**ORDER AMENDING THE SCHEDULING ORDER**

    Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including October 30, 2023, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including November 13, 2023, to file a reply brief.

DATED this 3rd day of October, 2023.

                                          Ricardo S. Martinez
                                          United States District Judge